*In re* EXTENSIÓN DE TÉRMINOS POR MOTIVO DE LA CONCESIÓN DE LOS DÍAS 2 DE ABRIL, 31 DE JULIO, 20 y 27 DE NOVIEMBRE, 24 DE DICIEMBRE DE 2015 y EL 5 DE ENERO DE 2016.

*Número:* EM-2015-01      *Resuelto:* 24 de marzo de 2015

## RESOLUCIÓN

La Jueza Presidenta, Hon. Liana Fiol Matta, emitió la Orden Administrativa OAJP-2015-038 para extender la vigencia de la Orden Administrativa OAJP-2014-006, sobre medidas de control de gastos, hasta el 30 de junio de 2017. Como parte de estas medidas se emitió, además, la Orden Administrativa OAJP-2015-039 para decretar el *cierre total* de los tribunales en las fechas siguientes:

2 de abril de 2015

31 de julio de 2015

20 y 27 de noviembre de 2015

La mañana del 24 de diciembre de 2015

5 de enero de 2016

En virtud de nuestra facultad para reglamentar los procedimientos judiciales, se dispone que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 LPRA secs. 72 y 73) y se considerarán estos días como feriados. Cualquier término que venza durante esos días se extenderá hasta el próximo día laborable de cada fecha.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada Señora Pabón Charneco y los Jueces Asociados Señor Kolthoff Caraballo, Señor Rivera García y Señor Estrella Martínez hacen constar las expresiones siguientes: "Una vez adoptada la medida administrativa de decretar el cierre total de los tribunales, estoy conforme con la acción consecuente de extender los términos correspondientes. Oponerse a esta extensión conllevaría limitar aún más los servicios y el acceso de la ciudadanía a presentar oportunamente sus reclamos. Ahora bien, resulta imperativo reiterar las alternativas descartadas contenidas en los respectivos votos disidentes emitidos en la Resoluciones ER-2015-1 y ER-2015-2 que, como cuestión de hecho, generarían ahorros mucho más sustanciales que las medidas adoptadas al presente y que continúan atentando contra el acceso a la justicia".

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*